**Dismiss and Opinion Filed April 23, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-23-00981-CV

**ATTE PILARSKI, Appellant**
**V.**
**HENLEY PROPERTIES, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-03703-C**

## MEMORANDUM OPINION

Before Justices Smith, Miskel, and Breedlove
Opinion by Justice Smith

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by March 10, 2024. By postcard dated March 12, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

230981F.P05

/Craig Smith/
CRAIG SMITH
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ATTE PILARSKI, Appellant

No. 05-23-00981-CV     V.

HENLEY PROPERTIES, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas

Trial Court Cause No. CC-23-03703-C.

Opinion delivered by Justice Smith. Justices Miskel and Breedlove participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 23rd day of April, 2024.